THE AMERICAN FREEHOLD, etc. COMPANY *vs.* CANDLER.

The judge's certificate to the bill of exceptions, in the form pre-
scribed by §4252 of the code, omitted the words "is true" in the
first line.   The bill of exceptions was therefore dismissed because
not properly certified.